AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

SEAN GLENN JACOBSON,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:10-CV-00747-RCJ-RAM**

STATE OF NEVADA, et al.,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Petitioner's motion for an extension of time to file an appeal or petition for a writ of habeas corpus (Document No. 1) is DENIED and this action is DISMISSED.

   December 30, 2010                              **LANCE S. WILSON**
                                                                        Clerk

                                                                    /s/ Katie Lynn Ogden
                                                                    Deputy Clerk